Armine Singh, Esq. (SBN 266694)
Dianna Ter- Vardanyan, Esq. (SBN 253636)
**Prime Law Group, APC**
101 N. Brand Blvd. PH1920
Glendale, CA 91203
Direct: 818-276-2464
E-Fax: 818-446-2162

Attorneys for Plaintiff,
VERONICA A. GONZALES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA A. GONZALES, *an individual*;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO: 4:14-CV-03850-JSW**<br><br>*Assigned to the Hon. Jeffrey S. White, Judge*<br><br>**STIPULATION FOR ENTRY OF NON-MONETARY STATUS FOR DEFENDANT NORTHWEST TRUSTEE SERVICING SOLUTIONS, LLC& WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:  October 16, 2014<br>Time: 9:30 a.m.<br>Courtroom: C |

The attorneys for the respective parties to the above-entitled action stipulate and agree as follows:

## STIPULATION

1. NORTHWEST TRUSTEE SERVICES, INC. (hereinafter referred to as "NORTHWEST") shall enter a non-monetary status for the duration of the case pursuant to Cal. Civil Code section 2924l. Pursuant to Cal. Civil Code section 2924l:

   > "(a) In the event that a trustee under a deed of trust is named in an action or proceeding in which that deed of trust is the subject, and in the event that the trustee maintains a reasonable belief that it has been named in the action or proceeding solely in its capacity as trustee, and not arising out of any wrongful acts or omissions on its part in the performance of its duties as trustee, then, at any time, the trustee may file a declaration of nonmonetary status."

2. Plaintiff hereby withdraws any previous objection it filed to NORTHWEST'S non-monetary status.

3. Plaintiff shall not file an objection to the Defendant NORTHWEST'S non-monetary status.

4. Defendant NORTHWEST shall withdraw any Motion to Dismiss it has filed to Plaintiff's Complaint.

DATED: Sep. 30, 2014      **Prime Law Group, APC**

By: ___/s/ Armine Singh_____
Armine Singh, Esq.
Attorneys for Plaintiff,
VERONICA A. GONZALES

DATED: Sep. 30, 2014          **RCO LEGAL, P.S.**

By: _____/s/ Kristin Webb_____
Kristin Webb, Esq.
Attorneys for Defendant,
NORTHWEST TRUSTEE
SERVICES, INC.

**IT IS SO ORDERED:**

1. NORTHWEST is deemed to have non-monetary status.

2. NORTHWEST shall withdraw any motions it has filed, including the motion to dismiss Plaintiff's Complaint.

DATED: ~~Sep.~~ October 2, 2014

_____*/s/ Jeffrey S. White*_____
HONORABLE LAUREL BEELER
UNITED STATED DISTRICT JUDGE

|   |   |   |
|---|---|---|
| 1 | Armine Singh, Esq. (SBN 266694) | |
| 2 | Dianna Ter- Vardanyan, Esq. (SBN 253636)<br>**Prime Law Group, APC** | |
| 3 | 101 N. Brand Blvd. PH1920<br>Glendale, CA 91203 | |
| 4 | Direct: 818-276-2464 | |
| 5 | E-Fax: 818-446-2162 | |
| 6 | | |
| 7 | Attorneys for Plaintiff,<br>VERONICA A. GONZALES | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA A. GONZALES, *an individual*; | **CASE NO: 4:14-CV-03850-JSW** |
| Plaintiff, | *Assigned to the Hon. Jeffrey S. White, Judge* |
| v. | |
| | **CERTIFICATE OF SERVICE** |
| WELLS FARGO BANK, N.A.;<br>NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1 through 20, inclusive, | |
| Defendants. | |

I, the undersigned, declare that I am over the age of 18 and I am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 101 N. Brand Blvd. Suite 1920, Glendale California 91203.

On the date below, I served a copy of each of the below-listed documents on all interested

**1.**
**CERTIFICATE OF SERVICE**