Armine Singh, Esq. (SBN 266694)
Dianna Ter- Vardanyan, Esq. (SBN 253636)
**Prime Law Group, APC**
101 N. Brand Blvd. PH1920
Glendale, CA 91203
Direct: 818-276-2464
E-Fax: 818-446-2162

Attorneys for Plaintiff,
VERONICA A. GONZALES

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA A. GONZALES, *an individual*; | CASE NO: 4:14-CV-03850-JSW |
| | *Assigned to the Hon. Jeffrey S. White, District Judge* |
| Plaintiff, | |
| | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| | Date:  December 5, 2014<br>Time:  11:00 a.m.<br>Courtroom:  5 |
| WELLS FARGO BANK, N.A.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1 through 20, inclusive, | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

|   |   |
|---|---|
| 1 | Plaintiff Veronica A. Gonzales and defendant Wells Fargo Bank, N.A., through their respective counsel of record in the above-entitled action, stipulate and agree as follows: |

1. This honorable Court has set a case management conference on December 5, 2014 at 11:00 a.m. in Courtroom 5;

2. Plaintiff filed a First Amended Complaint on November 26, 2014;

3. Defendant Wells Fargo Bank, N.A., the only remaining, active defendant in this action, intends to file a motion to dismiss the First Amended Complaint with a hearing date in early January, 2015;

4. In the interest of judicial economy, the parties stipulate to the case management conference presently scheduled for December 5, 2014, being continued to January 23, 2015 at 11:00 a.m. in Courtroom 5. The parties' joint case management statement will be due on January 16, 2015.

**SO STIPULATED.**

Dated: Dec. 1, 2014         Prime Law Group, APC

By: _____
Armine Singh, Esq.
Attorneys for Plaintiff
VERONICA A. GONZALES

Dated: Dec. 1, 2014         SEVERSON & WERSON
A Professional Corporation

By: _____
Daska P. Babcock
Attorneys for Defendant
WELLS FARGO BANK, N.A.

1
55000.1315/3593795.1  STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

## ORDER

The Court, having reviewed the parties' stipulation to continue the case management conference and finding good cause therefor, ORDERS as follows:

The Case Management Conference presently scheduled for December 5, 2014, shall be continued to January 23, 2015 at 11:00 a.m. in Courtroom 5.

The parties' joint case management statement is due on January 16, 2015.

It is so ordered.

DATED: December __2__, 2014

_____
THE HONORABLE JEFFREY S. WHITE,
DISTRICT JUDGE

Armine Singh, Esq. (SBN 266694)
Dianna Ter- Vardanyan, Esq. (SBN 253636)
**Prime Law Group, APC**
101 N. Brand Blvd. PH1920
Glendale, CA 91203
Direct: 818-276-2464
E-Fax: 818-446-2162

Attorneys for Plaintiff,
VERONICA A. GONZALES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA A. GONZALES, *an individual*;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO: 3:14-CV-03850-JSW**<br><br>*Assigned to the Hon. Jeffrey S. White, Judge*<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare that I am over the age of 18 and I am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 101 N. Brand Blvd. Suite 1920, Glendale California 91203.

On the date below, I served a copy of each of the below-listed documents on all interested

**1.**
**CERTIFICATE OF SERVICE**

parties in said case, as follows:

**1. STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

SERVED VIA NOTICE OF ELECTRONIC FILING

| | |
|---|---|
| Charles E. Katz<br>ckatz@northwesttrustee.com | Attorneys for Defendant: Northwest Trustee Services Inc. |
| Daska P. Babcock<br>dpb@severson.com | Attorneys for Defendant: Wells Fargo Bank, N.A. |

[ X ]  BY ELECTRONIC TRANSMISSION – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

I declare under penalty of perjury under the law of the United State the foregoing is true and correct.

Executed on December 1, 2014, at Glendale, CA.

By: /s/Jose Flores_____
Jose Flores

**2.**

**CERTIFICATE OF SERVICE**