Mark D. Lonergan (State Bar No. 143622)
    mdl@severson.com
Edward R. Buell III (State Bar No. 240494)
    erb@severson.com
Daska P. Babcock (State Bar No. 215172)
    dpb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| VERONICA A. GONZALES,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.;<br>NORTHWEST TRUSTEE SERVICES, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 4:14-cv-03850-JSW<br><br>**[PROPOSED] ORDER ENLARGING WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[Removed from Marin County Superior Court, case no. CIV1402813] |

The Court, having reviewed the administrative motion by defendant Wells Fargo Bank, N.A., for an order enlarging time to respond to the First Amended Complaint of plaintiff Veronica A. Gonzales, and finding good cause therefor, hereby GRANTS the motion. Wells Fargo's time to respond to the First Amended Complaint is enlarged and extended to December 19, 2014.

Dated: December 15, 2014

_____
Hon. Jeffrey S. White
United States District Judge