IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA A GONZALES,

    Plaintiff,

v.

WELLS FARGO BANK NA, et al.,

    Defendants.

No. C 14-03850 JSW

**ORDER TO SHOW CAUSE**

    On January 7, 2015, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint. (ECF No. 40.) Pursuant to Northern District Civil Local Rule 7-3(a), Plaintiff's response was due on January 21, 2015. To date, Plaintiff has failed to file an opposition.

    Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss this case for lack of prosecution or, in the alternative, to grant Defendants' motion as unopposed. Plaintiff's response to this Order to Show Cause shall be due by no later than February 6, 2015. If Plaintiff seeks to file an untimely opposition brief, she must submit a request to do so showing good cause for her failure to comply with the deadlines required by the Local Rules, and must submit her proposed opposition brief with her request. If Plaintiff fails to file a response to this Order to Show Cause by February 6, 2015, the Court shall dismiss this case without prejudice without further notice to Plaintiffs.

Finally, if Plaintiff seeks to file an untimely opposition brief, and if the Court grants that request, it shall set a new deadline for Defendants to file a reply brief. The hearings set for February 20, 2015, shall remain on calendar, pending a further Order from this Court.

**IT IS SO ORDERED.**

Dated: January 28, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2