IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA A GONZALES,

    Plaintiff,

v.

WELLS FARGO BANK NA, et al.,

    Defendants.

No. C 14-03850 JSW

**ORDER RE ORDER TO SHOW CAUSE**

On January 28, 2015, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute. Later that day, Plaintiff responded that she had never received notice of the filing of the pending Motion to Dismiss. (ECF No. 44-3.) Plaintiff's counsel stated that he had changed his email address, but failed to update the docket, as he should have done. (*Id.*) He further stated that, although his emails were set to be forwarded from the old email address, somehow notice of the pending Motion was not forwarded. (*Id.*) The Court finds this excuse remarkably thin, but at this time will not penalize Plaintiff for her counsel's poor judgment. Therefore, the Court hereby ACCEPTS Plaintiff's untimely proposed opposition brief. Defendants are ORDERED to file any reply by no later than February 6, 2015.

**IT IS SO ORDERED.**

Dated: January 30, 2015

                            JEFFREY S. WHITE
                            UNITED STATES DISTRICT JUDGE