IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA A. GONZALES,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 14-03850 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court HEREBY CONTINUES the case management conference to July 31, 2015 at 11:00 a.m. The parties shall file an updated joint case management statement by no later than July 24, 2015. In their updated statement, the parties shall propose scheduling deadlines. Although the pleadings may not be completely settled by that point, the Court already determined that at least three of Plaintiff's claims – her claims under California Civil Code sections 2923.7 and 2924.12 and her claim under California Business and Professions Code section 17200 – are sufficiently pled to move forward.

**IT IS SO ORDERED.**

Dated: June 15, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE