UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA A GONZALES, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendants. | Case No. 14-cv-03850-JSW <br><br> **ORDER TO SHOW CAUSE** |

On July 31, 2015, the Court held the initial case management conference in this matter. In an Order dated September 12, 2014, the Court ordered that "[t]he parties shall appear through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions, and to agree to further scheduling dates." (Docket No. 26; *see also* Docket No. 53 (Clerk's Notice continuing case management conference and referring parties to Docket No. 26 for requirements for a case management conference).)

Lead counsel for Plaintiff, Armine Singh, did not appear at the case management conference. Accordingly, Plaintiff's counsel is HEREBY ORDERED TO SHOW CAUSE why the Court should not impose sanctions in the amount of $500.00 for failure to comply with the rules of this Court. Plaintiff's counsel's response shall be due by August 10, 2015.

**IT IS SO ORDERED.**

Dated: August 3, 2015

_____
JEFFREY S. WHITE
United States District Judge