United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA A. GONZALES,<br>            Plaintiff,<br>   v.<br>WELLS FARGO BANK, N.A., et al.,<br>            Defendants. | Case No. 14-cv-03850-JSW<br><br>**ORDER IMPOSING SANCTIONS**<br>Re: Docket No. 66 |

On August 3, 2015, the Court issued an Order to Show Cause, directing Plaintiff's counsel, Armine Singh, to show cause why she failed to comply with this Court's rules requiring lead counsel to appear at the initial case management conference. The Court has received two declarations from Ms. Singh and a declaration from defendant's counsel, Daska Babcock, in response to the Order to Show Cause.

Taking Ms. Singh's statements regarding the family emergency at face value, the Court notes that the necessity for the Order to Show Cause could have been mooted had Ms. Singh simply explained to her associate counsel, opposing counsel, and the Court *prior* to the case management conference that a family emergency would have prevented her from attending in person. The Court does not find Ms. Singh's explanation sufficiently compelling to excuse her failure to comply with the Court's Order. Accordingly, the Court HEREBY IMPOSES sanctions in the amount of $250.00, which shall be paid by no later than August 25, 2015, to the Clerk of the U.S. District Court.

//

//

//

1    IT IS FURTHER ORDERED that Ms. Singh shall be solely responsible for paying the
2 sanctions, and she shall not pass them on to her client.
3    **IT IS SO ORDERED.**
4 Dated: August 11, 2015

JEFFREY S. WHITE
United States District Judge

Cc:  Finance Department

2