AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Veronica A. Gonzales
　　　　　　　　Plaintiff(s),
V.
Wells Fargo Bank, N.A., et al.
　　　　　　　　Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:14-cv-03850-JSW

Notice is hereby given that, subject to approval by the court, __Northwest Trustee Services, Inc.__ substitutes
(Party(s) Name)

__Charles E. Katz__, State Bar No. __236804__ as counsel of record in
(Name of New Attorney)

place of __Kristin Webb__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　Firm Name:　　　Northwest Trustee Services, Inc.
　Address:　　　　2121 Alton Parkway, Suite 110, Irvine, CA 92606
　Telephone:　　　(714) 277-4873　　　　Facsimile　(714) 277-4899
　E-Mail (Optional):　ckatz@northwesttrustee.com

I consent to the above substitution.
Date: 12/7/2015

Northwest Trustee Services, Inc.
_(signature)_
(Signature of Party(s))

I consent to being substituted.
Date: 12/7/2015

Kristin Webb
/s/ Kristin Webb-approved via email
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/7/2015

/s/ Charles E. Katz
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 8, 2015

_(signature) Jeffrey S. White_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]