UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA A GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No.  14-cv-03850-JSW<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

The Court has received the parties' Notice of Settlement.  If the parties seek to vacate any impending deadlines regarding discovery or the deadlines by which motions should be filed, they shall submit a stipulation and proposed order to that effect.  In light of the fact that the parties expect to dismiss this case before the hearing for dispositive motions, pretrial and trial, the Court shall not vacate those dates at this time.  The Court would revisit the request to vacate those dates, provided it is submitted in the form of either an administrative motion or stipulation, if the parties are unable to finalize the dismissal within the next thirty days.

**IT IS SO ORDERED.**

Dated: February 12, 2016

JEFFREY S. WHITE
United States District Judge