UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA A GONZALES,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>  Defendants. | Case No.  14-cv-03850-JSW<br><br>**ORDER RE DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.** |

On February 23, 2016, Plaintiff and Defendant Wells Fargo Bank, N.A. filed a stipulated dismissal. (Docket No. 93.) The Court has granted that stipulation by separate order. However, the Court issues this Order to clarify the status of the claims against Northwest Trustee Services, Inc. ("Northwest"). On October 2, 2014, the Court granted a Stipulation between Plaintiff, in which those parties agreed that Plaintiff would withdraw her prior objection to Northwest's declaration of non-monetary status and Northwest would withdraw its motion to dismiss Plaintiff's complaint (the "Stipulation"). (Docket No. 32.) Plaintiff did not, however, ask that the claims against Northwest be dismissed. Thus, to date, Northwest remains a party to this action, although it has not participated in the litigation since the Court granted the parties' stipulation. If Plaintiff and Northwest intended the Stipulation to resolve and terminate all claims against Northwest, they shall file a dismissal by no later than March 4, 2016.

**IT IS SO ORDERED.**

Dated: February 24, 2016

_____
JEFFREY S. WHITE
United States District Judge